≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

Patricia Curto

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   5:01-cv-1570 (FJS)(lead case)

Donald W. Smith, Dean, et al.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion to reopen case/vacate decision is Denied in its entirety and further

That the plaintiff's request to change venue is Denied as Moot.

The above pursuant to an order entered by the Honorable Frederick J. Scullin, Jr. on September 30, 2008.


October 1, 2008                                       Lawrence K. Baerman
Date                                                  Clerk


                                                      (By) Deputy Clerk
                                                       s/Barbara J. Woodford